[Civil No. 309.]

BEN. JAMES et al., Appellants, v. THE NEPTUNE MIN-
ING COMPANY, a Corporation, and JOEL SEYMOUR,
Trustee, Appellees.

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise. R. E. Sloan, Judge.

George G. Berry, for Appellants.

W. H. Stilwell, for Appellees.

June 16, 1890. Dismissed.

[Civil No. 310.]

CHARLES GRANVILLE JOHNSTON, Appellant, v. THE
NEPTUNE MINING COMPANY, a Corporation, and
JOEL SEYMOUR, Trustee, Appellees.

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise. R. E. Sloan, Judge.

George G. Berry, for Appellant.

W. H. Stilwell, for Appellees.

June 4, 1890. Dismissed.

[Civil No. 298.]

H. N. ALEXANDER, Appellant, v. CLARK CHURCHILL,
Appellee.

APPEAL from the District Court of the Second Judicial
District in and for the County of Maricopa. Joseph H. Kib-
bey, Judge.

H. B. Lighthizer, for Appellant.

Edwards & Buck, for Appellee.

June 6, 1890. Affirmed.